**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ASHLEY GENNOCK AND JORDAN BUDAI,  :   No. 150 WAL 2023
INDIVIDUALLY AND DERIVATIVELY ON   :
BEHALF OF ALL OTHERS SIMILARLY   :
SITUATED,   :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court
            Petitioners   :
  :
  :
         v.   :
  :
  :
KIRKLAND'S INC.,   :
  :
           Respondent   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.